| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 25-23509 / MEH

| | |
|---|---|
| Robert Buonato | Petition Filed Date: 12/22/2025 |
| Isabel W. Buonato | 341 Hearing Date: 01/22/2026 |
| 36 North Main Street | Confirmation Date: |
| Manasquan, NJ   08736 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2026 | $1,990.00 | TFS | 02/03/2026 | $10.00 | TFS | | | |

**Total Receipts for Period: $2,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Robert Buonato | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC <br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $49,208.99 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC <br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $41,443.15 | $0.00 | $0.00 |
| 3 | ACURA FINANCIAL SERVICES <br>»» LEASE/2024 ACURA INTEGRA | Debt Secured by Vehicle | $549.97 | $0.00 | $0.00 |
| | Justin M. Gillman, Esq. | Attorney Fees <br>Hold Funds: Reserve | $0.00 | $0.00 | $0.00 |
| 4 | VOLVO CAR FINANCIAL SERVICES LLC <br>»» 2024 VOLVO XC60/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AFFIRM | Unsecured Creditors | $990.69 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE <br>»» 2022-2024 TAX PERIODS | Priority Crediors | $35,271.07 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE <br>»» 2017-2018; 2020 TAX PERIODS & PENALTIES | Unsecured Creditors | $46,735.40 | $0.00 | $0.00 |
| 8 | BANKERS HEALTHCARE GROUP, LLC | Unsecured Creditors | $120,328.95 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $51,087.23 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS <br>»» JUDGMENT | Unsecured Creditors | $707.52 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC <br>»» CITIBANK, NA/MACYS | Unsecured Creditors | $1,077.17 | $0.00 | $0.00 |
| 12 | Wells Fargo Bank, NA | Unsecured Creditors | $3,950.01 | $0.00 | $0.00 |
| 13 | LAKEVIEW LOAN SERVICING, LLC <br>»» 36 N MAIN ST/1ST MTG | Mortgage Arrears | $88,301.58 | $0.00 | $0.00 |
| 14 | GREENSKY, LLC | Unsecured Creditors | $7,200.20 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23509 / MEH**

---

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,000.00 |
| Paid to Trustee: | $148.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,852.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.tfsbillpay.com to register!**

**View your case information online for** *FREE***!  Register today at
www.ndc.org or scan this code to get started!**



EOF