Office Mailing Address:                                                                  Send Payments **ONLY** to:
Albert Russo, Trustee                                                                      Albert Russo, Trustee
Standing Chapter 13 Trustee                                                                      PO Box 933
PO Box 4853                                                                          Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-23509 / MEH**

Robert Buonato                                                                  Petition Filed Date: 12/22/2025
Isabel W. Buonato                                                                  341 Hearing Date: 01/22/2026
                                                                             Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2026 | $1,990.00 | | 02/03/2026 | $10.00 | | | | |

**Total Receipts for the Period: $2,000.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Buonato | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $49,208.99 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $41,443.15 | $0.00 | $0.00 |
| 3 | ACURA FINANCIAL SERVICES »» LEASE/2024 ACURA INTEGRA | Debt Secured by Vehicle | $549.97 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees Hold Funds: Reserve | $0.00 | $0.00 | $0.00 |
| 4 | VOLVO CAR FINANCIAL SERVICES LLC »» 2024 VOLVO XC60/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AFFIRM | Unsecured Creditors | $990.69 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE »» 2022-2024 TAX PERIODS | Priority Crediors | $35,271.07 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE »» 2017-2018; 2020 TAX PERIODS & PENALTIES | Unsecured Creditors | $46,735.40 | $0.00 | $0.00 |
| 8 | BANKERS HEALTHCARE GROUP, LLC | Unsecured Creditors | $120,328.95 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $51,087.23 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS »» JUDGMENT | Unsecured Creditors | $707.52 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC »» CITIBANK, NA/MACYS | Unsecured Creditors | $1,077.17 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23509 / MEH**

| SUMMARY | |
|---|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,000.00 |
| Paid to Trustee: | $148.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,852.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

