UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Robert Buonato
Isabel W. Buonato

| | |
|---|---|
| Case No.: | 25-23509 |
| Chapter: | 13 |
| Hearing Date: | 5/20/2026 |
| Judge: | EJO |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Debtors' Chapter 13 Plan (ECF No. 11)

_____

Date: 05/18/2026                         /s/ Justin M. Gillman
                                          Signature

*rev.8/1/15*