**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:                                      Case No. 25-23509-EJO
                                            Chapter 13

Robert Buonato
Isabel W. Buonato

Debtor(s).

## NOTICE OF APPEARANCE

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 009221995
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of June, 2026, to the following:

Justin M. Gillman
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
ecf@gbclawgroup.com
*Attorney for Debtor(s)*


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
*Chapter 13 Trustee*


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Robert Buonato
36 North Main Street
Manasquan, NJ 08736

Isabel W. Buonato
36 North Main Street
Manasquan, NJ 08736
*Debtor(s)*


By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire