Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23509−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Buonato                           Isabel W. Buonato
36 North Main Street                     36 North Main Street
Manasquan, NJ 08736                      Manasquan, NJ 08736

Social Security No.:
xxx−xx−2706                              xxx−xx−7513

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/22/26
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 2, 2026
JAN: wdr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:

Robert Buonato

Isabel W. Buonato

    Debtors

Case No. 25-23509-EJO

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Jun 02, 2026

User: admin

Form ID: 132

Page 1 of 4

Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Buonato, Isabel W. Buonato, 36 North Main Street, Manasquan, NJ 08736-2937 |
| 520927025 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 521077671 | + | FourLeaf Federal Credit Union, Rivkin Radler LLP; Attn Krystal B. Armst, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 520927030 | + | Goldman Sachs Bank USA, P.O. Box 4545, Salt Lake City, UT 84110 |
| 520927037 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520927018 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 02 2026 21:07:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520937085 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 02 2026 21:07:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520927016 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2026 21:08:11 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520949717 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:08:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520927017 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 02 2026 21:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520958597 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:07:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520927019 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:08:21 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520927020 | | Email/Text: bankruptcy@bhg-inc.com | Jun 02 2026 21:05:00 | Bankers Healthcare Group LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927021 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 02 2026 21:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520927023 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | | |

District/off: 0312-3                                     User: admin                                     Page 2 of 4

Date Rcvd: Jun 02, 2026                                 Form ID: 132                                     Total Noticed: 51

| | | | |
|---|---|---|---|
| | | Jun 02 2026 21:08:21 | CMG Financial, Attn: Bankruptcy Attn: Bankruptcy, 3160 Crow Canyon Rd , Ste 400, San Ramon, CA 94583-1382 |
| 520927022 | + Email/Text: BAN5620@UCBINC.COM | Jun 02 2026 21:06:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520927024 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2026 21:06:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520927038 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:12 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927026 | Email/Text: bankruptcycourts@equifax.com | Jun 02 2026 21:06:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520927027 | ^ MEBN | Jun 02 2026 21:00:30 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520927028 | + Email/Text: bankruptcy@fourleaffcu.com | Jun 02 2026 21:06:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520927032 | Email/Text: bankruptcy@greenskycredit.com | Jun 02 2026 21:06:00 | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 521008518 | Email/Text: bankruptcy@greenskycredit.com | Jun 02 2026 21:06:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520927031 | + Email/Text: bankruptcy@greenskycredit.com | Jun 02 2026 21:06:00 | Greensky, Attn: Bankruptcy, 1797 NE Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 520927033 | ^ MEBN | Jun 02 2026 21:01:42 | HESAA, Attn: Bankruptcy, PO Box 545, Trenton, NJ 08625-0545 |
| 520927034 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Home Point Financial Corp/Mr. Cooper Group, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520927035 | ^ MEBN | Jun 02 2026 21:00:26 | Homebridge Financial, P.o. Box 100078, Duluth, GA 30096-9377 |
| 520927036 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 21:06:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520931026 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:07:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520986909 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520971291 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2026 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520927039 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520927040 | Email/Text: banko@preferredcredit.com | Jun 02 2026 21:05:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520927041 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 02 2026 21:07:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520927042 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:16 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520927043 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:07:52 | Syncb/Home Design Floor, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5060 |
| 520927044 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:04 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520927045 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |

District/off: 0312-3 | User: admin | Page 3 of 4

Date Rcvd: Jun 02, 2026 | Form ID: 132 | Total Noticed: 51

| 520927046 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:16 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
|---|---|---|---|
| 520927047 | ^ MEBN | Jun 02 2026 21:01:31 | Systems & Services Technologies, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 520927048 | Email/Text: bankruptcy@td.com | Jun 02 2026 21:07:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 520927049 | Email/Text: bankruptcy@td.com | Jun 02 2026 21:07:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520927050 | ^ MEBN | Jun 02 2026 21:00:08 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520927051 | + Email/Text: dht@pacollections.com | Jun 02 2026 21:06:00 | Tsarouhis Law Group, LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 520927052 | Email/Text: bankruptcy@wofco.com | Jun 02 2026 21:05:00 | Volvo Car Financial Services, Attn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 520944184 | + Email/Text: CINATTY@WELTMAN.COM | Jun 02 2026 21:06:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 312 Elm Street, Suite 1200, Cincinnati, OH 45202-2763 |
| 520927053 | Email/Text: bankruptcy@wofco.com | Jun 02 2026 21:05:00 | Volvo Cars Financial, Attn: Bankruptcy Dept, PO Box 91300, Mobile, AL 36691-1300 |
| 520927054 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 02 2026 21:08:19 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520986768 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 02 2026 21:07:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520958599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520957163 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927029 | ##+ | Frenkel Lambert Weiss Weisman & Gordon LLP, 80 Man Street 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

District/off: 0312-3                          User: admin                              Page 4 of 4
Date Rcvd: Jun 02, 2026                       Form ID: 132                             Total Noticed: 51

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com |
| Justin M Gillman | on behalf of Joint Debtor Isabel W. Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Robert Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6