**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

___0___ Valuation of Security          ___2___ Assumption of Executory Contract or unexpired Lease          ___0___ Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                                Case No.: _____25-23509_____

**Buonato, Robert**                                        Judge: _____Eamonn J. O'Hagan_____
**Buonato, Isabel W.**

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☑ Modified/Notice Required          Date: 5/20/2026_____

☐ Motions Included          ☐ Modified/No Notice Required

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

Initial Debtor(s)' Attorney: ____/s/JG____          Initial Debtor: ____/s/RB____          Initial Co-Debtor: ____/s/IB____

## Part 1:       Payment and Length of Plan

a.      The debtor shall pay to the Chapter 13 Trustee **$2,000.00** monthly for **4** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then **$500.00** per month for **56** months; _____ per month for _____ months, for a total of **60** months.

b.      The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☑ Other sources of funding (describe source, amount and date when funds are available):

**Plus all non-exempt equity from sale of Debtor's Residence, 36 North Main Street Manasquan, NJ 08736.**

c.      Use of real property to satisfy plan obligations:

☑ Sale of real property

Description:  Debtor's Residence, 36 North Main Street Manasquan, NJ 08736 _____

Proposed date for completion: 10/31/2026 _____

☐ Refinance of real property:

Description:  _____

Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering real property:

Description:  _____

Proposed date for completion: _____

d.      ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☑ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☑ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.      For debtors filing joint petition:

☑ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: ____/s/RB____       Initial Co-Debtor: ____/s/IB____

## Part 2:       Adequate Protection   ☑ NONE

a.      Adequate protection payments will be made in the amount of _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b.      Adequate protection payments will be made in the amount of _____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

## Part 3:       Priority Claims (Including Administrative Expenses)

a.      All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| JUSTIN M. GILLMAN, ESQ. | ADMINISTRATIVE- ATTORNEY FEE BALANCE | BALANCE DUE: $ 7,000.00 Pursuant to D.N.J. LBR 2016-5(c) |
| Internal Revenue Service (IRS) | Taxes or Penalties Owed to Governmental Units | $35,271.07 |

b.      Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:

Check one:

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 4:      Secured Claims

a.      **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Mrc/united Wholesale M | Debtors' Residence 36 North Main Street Manasquan, NJ 08736 | $88,301.58 |  | $0.00 No distributions pending sale | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

b.      **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c.      **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**d.**     **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.**     **Surrender** ☑ NONE

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f.**     **Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| FourLeaf FCU | 2021 Dodge RAM 1500 |

**g.**     **Secured Claims to be Paid in Full Through the Plan:** ☑ NONE

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

| **Part 5:** | **Unsecured Claims** ☐ NONE |
|---|---|

**a.**     **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☑ *Pro Rata* distribution from any remaining funds

**b.**     **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| HESAA | Educational Loans | Outside Plan | $0.00 |

## Part 6:   Executory Contracts and Unexpired Leases   ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| Volvo Car Financial Services | $0.00 | Auto Lease - 2024 Volvo XC60 Contract to be ASSUMED | ASSUMED – NO ARREARS | $841.00 |
| American Honda Finance | $550.00 | Auto Lease - 2024 Acura Integra Contract to be ASSUMED | ASSUMED – ARREARS PAID THROUGH PLAN | $550.00 |

## Part 7:   Motions   ☑ NONE

NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served

a.   **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b.   **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured**   ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c.   **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**   ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d.      Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8:      Other Plan Provisions**

a.      **Vesting of Property of the Estate**

☑ Upon confirmation

☐ Upon discharge

b.      **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c.      **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

**1) Ch. 13 Standing Trustee Commissions**
**2) Other Administrative Claims**
**3) Secured Claims**
**4) Lease Arrearages**
**5) Priority Claims**
**6) General Unsecured Claims**

d.      **Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:      Modification   ☐ NONE**

NOTE: Modification of a plan does not require that a seperate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 01/13/2026

| Explain below **why** the plan is being modified: |
|---|
| **To propose sale of Debtor's residence.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?      ☐ Yes      ☑ No

**Part 10:      Non-Standard Provision(s):**

Non-Standard Provisions:

☑ NONE

❏  Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:        **05/20/2026**                        **/s/ Robert Buonato**

Robert Buonato
Debtor

Date:        **05/20/2026**                        **/s/ Isabel W. Buonato**

Isabel W. Buonato
Joint Debtor

Date:        **05/20/2026**                        **/s/ Justin M Gillman**

Justin M Gillman
Attorney for Debtor(s)
Bar Number: 038891997
Gillman Capone LLC
770 Amboy Avenue
Edison, NJ 08837
Phone: (732) 661-1664
Fax: (732) 661-1707
Email: jgillman@gillmancapone.com

United States Bankruptcy Court

District of New Jersey

In re:

Robert Buonato

Isabel W. Buonato

     Debtors

Case No. 25-23509-EJO

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4

Date Rcvd: Jun 02, 2026      Form ID: pdf901      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Robert Buonato, Isabel W. Buonato, 36 North Main Street, Manasquan, NJ 08736-2937 |
| 520927025 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 521077671 | + | FourLeaf Federal Credit Union, Rivkin Radler LLP; Attn Krystal B. Armst, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 520927030 | + | Goldman Sachs Bank USA, P.O. Box 4545, Salt Lake City, UT 84110 |
| 520927037 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520927018 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 02 2026 21:07:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520937085 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 02 2026 21:07:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520927016 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2026 21:08:11 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520949717 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:08:10 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520927017 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 02 2026 21:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520958597 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:07:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520927019 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:08:09 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520927020 | | Email/Text: bankruptcy@bhg-inc.com | Jun 02 2026 21:05:00 | Bankers Healthcare Group LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927021 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 02 2026 21:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520927023 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | | |

|  |  |  | Jun 02 2026 21:07:57 | CMG Financial, Attn: Bankruptcy Attn: Bankruptcy, 3160 Crow Canyon Rd , Ste 400, San Ramon, CA 94583-1382 |
| 520927022 | + | Email/Text: BAN5620@UCBINC.COM |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520927024 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520927038 |  | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  |  | Jun 02 2026 21:08:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927026 |  | Email/Text: bankruptcycourts@equifax.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520927027 | ^ | MEBN |  |  |
|  |  |  | Jun 02 2026 21:00:31 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520927028 | + | Email/Text: bankruptcy@fourleaffcu.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520927032 |  | Email/Text: bankruptcy@greenskycredit.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 521008518 |  | Email/Text: bankruptcy@greenskycredit.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520927031 | + | Email/Text: bankruptcy@greenskycredit.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Greensky, Attn: Bankruptcy, 1797 NE Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 520927033 | ^ | MEBN |  |  |
|  |  |  | Jun 02 2026 21:01:43 | HESAA, Attn: Bankruptcy, PO Box 545, Trenton, NJ 08625-0545 |
| 520927034 | + | Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Home Point Financial Corp/Mr. Cooper Group, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520927035 | ^ | MEBN |  |  |
|  |  |  | Jun 02 2026 21:00:26 | Homebridge Financial, P.o. Box 100078, Duluth, GA 30096-9377 |
| 520927036 |  | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520931026 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Jun 02 2026 21:08:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520986909 | + | Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520971291 | + | Email/Text: bankruptcydpt@mcmcg.com |  |  |
|  |  |  | Jun 02 2026 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520927039 | + | Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  |  | Jun 02 2026 21:06:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520927040 |  | Email/Text: banko@preferredcredit.com |  |  |
|  |  |  | Jun 02 2026 21:05:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520927041 | + | Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  |  | Jun 02 2026 21:07:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520927042 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 02 2026 21:08:15 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520927043 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 02 2026 21:08:17 | Syncb/Home Design Floor, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5060 |
| 520927044 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 02 2026 21:07:53 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520927045 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 02 2026 21:08:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |

| 520927046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:04 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 520927047 | ^ | MEBN | Jun 02 2026 21:01:32 | Systems & Services Technologies, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 520927048 | | Email/Text: bankruptcy@td.com | Jun 02 2026 21:07:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 520927049 | | Email/Text: bankruptcy@td.com | Jun 02 2026 21:07:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520927050 | ^ | MEBN | Jun 02 2026 21:00:09 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520927051 | + | Email/Text: dht@pacollections.com | Jun 02 2026 21:06:00 | Tsarouhis Law Group, LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 520927052 | | Email/Text: bankruptcy@wofco.com | Jun 02 2026 21:05:00 | Volvo Car Financial Services, Attn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 520944184 | + | Email/Text: CINATTY@WELTMAN.COM | Jun 02 2026 21:06:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 312 Elm Street, Suite 1200, Cincinnati, OH 45202-2763 |
| 520927053 | | Email/Text: bankruptcy@wofco.com | Jun 02 2026 21:05:00 | Volvo Cars Financial, Attn: Bankruptcy Dept, PO Box 91300, Mobile, AL 36691-1300 |
| 520927054 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 02 2026 21:08:07 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520986768 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 02 2026 21:07:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520958599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520957163 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927029 | ##+ | Frenkel Lambert Weiss Weisman & Gordon LLP, 80 Man Street 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

District/off: 0312-3                          User: admin                                   Page 4 of 4
Date Rcvd: Jun 02, 2026                       Form ID: pdf901                                Total Noticed: 51

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com |
| Justin M Gillman | on behalf of Joint Debtor Isabel W. Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Robert Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6