UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Lakeview Loan Servicing, LLC

**Order Filed on August 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Robert Buonato
Isabel W. Buonato
Debtor

Case Number: 25-23509-EJO

Judge: Eamonn J O`Hagan

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: August 11, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Justin M. Gillman |
| Property Involved ("Collateral"): | 36 N Main St, Manasquan, NJ 08736 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for 4 months, from 04/01/2026 to 07/01/2026.

☒ The Debtor is overdue for 4 payments at $5,452.23 per month.

☐ The Debtor is assessed for ___ late charges at $__________ per month.

☒ Applicant acknowledges receipt of funds in the amount of $209.03 received after the motion was filed.

Total Arrearages Due $21,599.89.

2. Debtor must cure all post-petition arrearages, as follows:

☐ Immediate payment shall be made in the amount of $__________ received. Payment shall be made no later than __________.

☒ Beginning on 08/01/2026, regular monthly mortgage payments shall continue to be made in the amount of $5,452.23 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b) as protection payments until sale of Property.

☐ Beginning on ____________________, additional monthly cure payments shall be made in the amount of $__________ for ________ months.

☐ The amount of $___________ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $___________ per month.

☒ Debtor will sell the Property no later than October 31, 2026 at which time Debtor will obtain a payoff statement good through the sale date.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: ____________________________________________
____________________________________________
____________________________________________

☒ Regular monthly payment: c/o Nationstar Mortgage, LLC
Attn: Bankruptcy Dept
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment: ____________________________________________
____________________________________________
____________________________________________

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date the payments are due or fails to sell the Property by October 31, 2026, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the case is converted, dismissed or discharged, the parties agree that the terms and conditions contained herein will be null and void.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $950.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

/s/ Justin M. Gillman
Justin M. Gillman, Esquire
Counsel for Debtor

/s/ Steven Kelly
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*