UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Lakeview Loan Servicing, LLC

**Order Filed on August 11, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Robert Buonato
Isabel W. Buonato
Debtor

Case Number: 25-23509-EJO

Judge: Eamonn J O`Hagan

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY**
**AND/OR MOTION TO DISMISS**
**WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: August 11, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Justin M. Gillman |
| Property Involved ("Collateral"): | 36 N Main St, Manasquan, NJ 08736 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 4 months, from 04/01/2026 to 07/01/2026.

   ☒ The Debtor is overdue for 4 payments at $5,452.23 per month.

   ☐ The Debtor is assessed for ___ late charges at $__________ per month.

   ☒ Applicant acknowledges receipt of funds in the amount of $209.03 received after the motion was filed.

   Total Arrearages Due $21,599.89.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $__________ received. Payment shall be made no later than __________.

☒ Beginning on 08/01/2026, regular monthly mortgage payments shall continue to be made in the amount of $5,452.23 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b) as protection payments until sale of Property.

☐ Beginning on ____________________, additional monthly cure payments shall be made in the amount of $_________ for _______ months.

☐ The amount of $__________ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $__________ per month.

☒ Debtor will sell the Property no later than October 31, 2026 at which time Debtor will obtain a payoff statement good through the sale date.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: ________________________________________

☒ Regular monthly payment: c/o Nationstar Mortgage, LLC
Attn: Bankruptcy Dept
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment: ________________________________________

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date the payments are due or fails to sell the Property by October 31, 2026, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the case is converted, dismissed or discharged, the parties agree that the terms and conditions contained herein will be null and void.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $950.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

/s/ Justin M. Gillman

Justin M. Gillman, Esquire
Counsel for Debtor

/s/ Steven Kelly

Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-23509-EJO
Robert Buonato Chapter 13
Isabel W. Buonato
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Aug 11, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Buonato, Isabel W. Buonato, 36 North Main Street, Manasquan, NJ 08736-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;colin.baker@rivkin.com |
| Justin M Gillman | on behalf of Joint Debtor Isabel W. Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Robert Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | |

| | |
|---|---|
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8