Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−23509−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Buonato<br>36 North Main Street<br>Manasquan, NJ 08736 | Isabel W. Buonato<br>36 North Main Street<br>Manasquan, NJ 08736 |

Social Security No.:

| | |
|---|---|
| xxx−xx−2706 | xxx−xx−7513 |

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 18, 2026.

Dated: August 18, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-23509-EJO

Robert Buonato Chapter 13

Isabel W. Buonato

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4

Date Rcvd: Aug 18, 2026 Form ID: plncf13 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Buonato, Isabel W. Buonato, 36 North Main Street, Manasquan, NJ 08736-2937 |
| cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520927025 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 521077671 | + | FourLeaf Federal Credit Union, Rivkin Radler LLP; Attn Krystal B. Armst, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 520927030 | + | Goldman Sachs Bank USA, P.O. Box 4545, Salt Lake City, UT 84110 |
| 520927037 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2026 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2026 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520927018 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2026 21:31:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520937085 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2026 21:31:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520927016 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 18 2026 21:36:24 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520949717 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2026 21:36:14 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520927017 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2026 21:29:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520958597 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 21:36:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520927019 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 21:36:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520927020 | | Email/Text: bankruptcy@bhg-inc.com | Aug 18 2026 21:29:00 | Bankers Healthcare Group LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927021 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 18 2026 21:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 8801, Wilmington, DE 19899-8801 |
| 520927023 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Aug 18 2026 21:36:23 | CMG Financial, Attn: Bankruptcy Attn: Bankruptcy, 3160 Crow Canyon Rd , Ste 400, San Ramon, CA 94583-1382 |
| 520927022 | + | Email/Text: BAN5620@UCBINC.COM | Aug 18 2026 21:30:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520927024 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 21:30:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520927038 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 21:36:24 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927026 | | Email/Text: bankruptcycourts@equifax.com | Aug 18 2026 21:30:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520927027 | ^ | MEBN | Aug 18 2026 21:25:51 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520927028 | + | Email/Text: bankruptcy@fourleaffcu.com | Aug 18 2026 21:30:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520927032 | | Email/Text: bankruptcy@greenskycredit.com | Aug 18 2026 21:30:00 | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 521008518 | | Email/Text: bankruptcy@greenskycredit.com | Aug 18 2026 21:30:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520927031 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 18 2026 21:30:00 | Greensky, Attn: Bankruptcy, 1797 NE Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 520927033 | ^ | MEBN | Aug 18 2026 21:26:39 | HESAA, Attn: Bankruptcy, PO Box 545, Trenton, NJ 08625-0545 |
| 520927034 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2026 21:30:00 | Home Point Financial Corp/Mr. Cooper Group, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520927035 | ^ | MEBN | Aug 18 2026 21:25:48 | Homebridge Financial, P.o. Box 100078, Duluth, GA 30096-9377 |
| 520927036 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 21:30:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520931026 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2026 21:36:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520986909 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2026 21:30:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520971291 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2026 21:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520927039 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2026 21:30:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520927040 | | Email/Text: banko@preferredcredit.com | Aug 18 2026 21:30:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520927041 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2026 21:31:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520927042 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 21:36:19 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520927043 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 21:36:29 | Syncb/Home Design Floor, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5060 |
| 520927044 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 21:36:28 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 520927045 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 21:36:29 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520927046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 21:36:11 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 520927047 | ^ | MEBN | Aug 18 2026 21:26:46 | Systems & Services Technologies, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 520927048 | | Email/Text: bankruptcy@td.com | Aug 18 2026 21:31:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 520927049 | | Email/Text: bankruptcy@td.com | Aug 18 2026 21:31:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520927050 | ^ | MEBN | Aug 18 2026 21:25:18 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520927051 | + | Email/Text: dht@pacollections.com | Aug 18 2026 21:30:00 | Tsarouhis Law Group, LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 520927052 | | Email/Text: bankruptcy@wofco.com | Aug 18 2026 21:29:00 | Volvo Car Financial Services, Attn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 520944184 | + | Email/Text: CINATTY@WELTMAN.COM | Aug 18 2026 21:30:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 312 Elm Street, Suite 1200, Cincinnati, OH 45202-2763 |
| 520927053 | | Email/Text: bankruptcy@wofco.com | Aug 18 2026 21:29:00 | Volvo Cars Financial, Attn: Bankruptcy Dept, PO Box 91300, Mobile, AL 36691-1300 |
| 520927054 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 18 2026 21:36:31 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520986768 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 18 2026 21:36:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520958599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520957163 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927029 | ##+ | Frenkel Lambert Weiss Weisman & Gordon LLP, 80 Man Street 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;colin.baker@rivkin.com |
| Justin M Gillman | on behalf of Debtor Robert Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Isabel W. Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8