**GILLMAN CAPONE LLC**
**Justin M. Gillman, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on September 25, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Robert and Isabel W. Buonato,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 25-23509<br><br>Hearing Date: September 23, 2026<br><br>Judge: Eamonn J. O'Hagan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Justin Gillman, the applicant, is allowed a fee of $ 15,452.50 for services rendered and expenses in the amount of $ 478.00 for a total of $ 15,930.50. The allowance is payable:

☒ $ 12,930.50 through the Chapter 13 plan as an administrative priority.

☒ $ 3,000.00 outside the plan.

**The debtor's monthly plan is modified to require a payment of $ 615.00 per month for 51 months beginning October 2026 to allow for payment of the above fee.**

*rev.8/1/15*