UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-23509-EJO |
| **ROBERT BUONATO** | Chapter: | 13 |
| **ISABEL W. BUONATO** | Judge: | Hon. Eamonn J. O'Hagan |

## NOTICE OF PROPOSED PRIVATE SALE

Robert Buonato and Isabel W Buonato, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Eamonn J O'Hagan on November 25, 2026 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 36 North Main Street, Manasquan, New Jersey 08736,

**Proposed Purchaser:** Anthony Colantonio and Jilian Colantonio

**Sale price:** $1,550,000.00, subject to a $20,000.00 seller concession toward the Buyers' closing costs and prepaid items, resulting in an adjusted purchase price of $1,530,000.00 before other closing expenses.

☒ Pursuant to D.N.J. LBR 6004-5, the Debtors request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Keller Williams-Spring Lake (Listing Agent)/ Gelson D'Apolito & Curtis, LLC (Real Estate Counsel)

**Amount to be paid:** Commission and Legal Fees to be paid as requested in the Applications for Retention subject to the entry of the Orders Granting the Application to Employ Realtor and Real Estate Counsel

**Services rendered:** Representation of the Debtor in the marketing and sale of the Property
Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin M. Gillman, Esq., Gillman Capone, LLC

Address: 770 Amboy Avenue, Edison, New Jersey 08837

Telephone No.: (732) 661-1664