UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-23509-EJO |
| **ROBERT BUONATO** | Chapter: | 13 |
| **ISABEL W. BUONATO** | Judge: | Hon. Eamonn J. O'Hagan |

## NOTICE OF PROPOSED PRIVATE SALE

Robert Buonato and Isabel W Buonato, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Eamonn J O'Hagan on November 25, 2026 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 36 North Main Street, Manasquan, New Jersey 08736,

**Proposed Purchaser:** Anthony Colantonio and Jilian Colantonio

**Sale price:** $1,550,000.00, subject to a $20,000.00 seller concession toward the Buyers' closing costs and prepaid items, resulting in an adjusted purchase price of $1,530,000.00 before other closing expenses.

☒ Pursuant to D.N.J. LBR 6004-5, the Debtors request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Keller Williams-Spring Lake (Listing Agent)/ Gelson D'Apolito & Curtis, LLC (Real Estate Counsel)

**Amount to be paid:** Commission and Legal Fees to be paid as requested in the Applications for Retention subject to the entry of the Orders Granting the Application to Employ Realtor and Real Estate Counsel

**Services rendered:** Representation of the Debtor in the marketing and sale of the Property
Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin M. Gillman, Esq., Gillman Capone, LLC

Address: 770 Amboy Avenue, Edison, New Jersey 08837

Telephone No.: (732) 661-1664

United States Bankruptcy Court

District of New Jersey

In re: Robert Buonato, Isabel W. Buonato, Debtors — Case No. 25-23509-EJO, Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 26, 2026 | Form ID: pdf905 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Buonato, Isabel W. Buonato, 36 North Main Street, Manasquan, NJ 08736-2937 |
| cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520927025 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 521077671 | + | FourLeaf Federal Credit Union, Rivkin Radler LLP; Attn Krystal B. Armst, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 520927037 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 04:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 04:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520927018 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2026 04:25:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520937085 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2026 04:25:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520927016 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2026 04:34:34 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520949717 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 04:34:28 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520927017 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2026 04:25:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520958597 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2026 04:34:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520927019 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2026 04:34:22 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520927020 | | Email/Text: bankruptcy@bhg-inc.com | Oct 27 2026 04:24:00 | Bankers Healthcare Group LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927021 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2026 04:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |

| | | | | |
|---|---|---|---|---|
| 520927023 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Oct 27 2026 04:34:23 | CMG Financial, Attn: Bankruptcy Attn: Bankruptcy, 3160 Crow Canyon Rd , Ste 400, San Ramon, CA 94583-1382 |
| 520927022 | + | Email/Text: BAN5620@UCBINC.COM | Oct 27 2026 04:25:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520927024 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2026 04:25:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520927038 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2026 04:34:24 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927026 | | Email/Text: bankruptcycourts@equifax.com | Oct 27 2026 04:25:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520927027 | ^ | MEBN | Oct 27 2026 04:22:29 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520927028 | + | Email/Text: bankruptcy@fourleaffcu.com | Oct 27 2026 04:25:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520927030 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 27 2026 04:25:00 | Goldman Sachs Bank USA, P.O. Box 4545, Salt Lake City, UT 84110 |
| 520927032 | | Email/Text: bankruptcy@greenskycredit.com | Oct 27 2026 04:25:00 | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 521008518 | | Email/Text: bankruptcy@greenskycredit.com | Oct 27 2026 04:25:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520927031 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 27 2026 04:25:00 | Greensky, Attn: Bankruptcy, 1797 NE Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 520927033 | ^ | MEBN | Oct 27 2026 04:22:33 | HESAA, Attn: Bankruptcy, PO Box 545, Trenton, NJ 08625-0545 |
| 520927034 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2026 04:25:00 | Home Point Financial Corp/Mr. Cooper Group, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520927035 | ^ | MEBN | Oct 27 2026 04:22:29 | Homebridge Financial, P.o. Box 100078, Duluth, GA 30096-9377 |
| 520927036 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 04:25:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520931026 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 04:34:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520986909 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2026 04:25:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520971291 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2026 04:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520927039 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2026 04:25:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520927040 | | Email/Text: banko@preferredcredit.com | Oct 27 2026 04:25:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520927041 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2026 04:25:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520927042 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 04:34:20 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520927043 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 04:34:30 | Syncb/Home Design Floor, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5060 |
| 520927044 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 04:34:20 | Synchrony Bank, Attn: Bankruptcy, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 520927045 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 04:34:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520927046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 04:34:31 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 520927047 | ^ | MEBN | Oct 27 2026 04:22:39 | Systems & Services Technologies, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 520927048 | | Email/Text: bankruptcy@td.com | Oct 27 2026 04:25:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 520927049 | | Email/Text: bankruptcy@td.com | Oct 27 2026 04:25:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520927050 | ^ | MEBN | Oct 27 2026 04:22:25 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520927051 | + | Email/Text: dht@pacollections.com | Oct 27 2026 04:25:00 | Tsarouhis Law Group, LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 520927052 | | Email/Text: bankruptcy@wofco.com | Oct 27 2026 04:25:00 | Volvo Car Financial Services, Attn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 520944184 | + | Email/Text: CINATTY@WELTMAN.COM | Oct 27 2026 04:25:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 312 Elm Street, Suite 1200, Cincinnati, OH 45202-2763 |
| 520927053 | | Email/Text: bankruptcy@wofco.com | Oct 27 2026 04:25:00 | Volvo Cars Financial, Attn: Bankruptcy Dept, PO Box 91300, Mobile, AL 36691-1300 |
| 520927054 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 27 2026 04:34:31 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520986768 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 27 2026 04:34:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520958599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520957163 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520927029 | ##+ | Frenkel Lambert Weiss Weisman & Gordon LLP, 80 Man Street 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;colin.baker@rivkin.com |
| Justin M Gillman | on behalf of Joint Debtor Isabel W. Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Robert Buonato ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8